

May 20, 2016

**VIA ECF**

The Honorable William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, New York 10007-1312

    Re:    *In Re: KIND LLC "Healthy And All Natural" Litigation*, No. 15-md-2645-WHP

Dear Judge Pauley:

    I respectfully request leave to appear telephonically at the upcoming hearing of Defendant's motion to dismiss on May 23, 2016.

    Respectfully,

    AHDOOT & WOLFSON, PC

    By:  Tina Wolfson